NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, State Bar No. 202091
sferrell@trialnewport.com
Richard H. Hikida, State Bar No. 196149
rhikida@trialnewport.com
David W. Reid, State Bar No. 267382
dreid@trialnewport.com
Victoria C. Knowles, State Bar No. 277231
vknowles@trialnewport.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff Jarrod Secola

CALDWELL LESLIE & PROCTOR, PC
LINDA M. BURROW, State Bar No. 194668
MICHAEL D. ROTH, State Bar No. 217464
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant Turbine, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD SECOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TURBINE, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 16-cv-01086-TLN-KJN<br><br>**JOINT NOTICE OF SETTLEMENT [L.R. 160]**<br><br>Filed: May 20, 2016 |

NOTICE OF SETTLEMENT

1   TO THE COURT AND TO ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement.  It is anticipated that a dismissal of the entire action with prejudice will be filed within thirty (30) days of the date of this notice.

Dated:  July 11, 2016

          Respectfully submitted,
          NEWPORT TRIAL GROUP
          A Professional Corporation


*/s/ Scott J. Ferrell*
By:  Scott J. Ferrell
Attorneys for Plaintiff


Dated:  July 11, 2016

          Respectfully submitted,
          CALDWELL LESLIE & PROCTOR, PC
          A Professional Corporation


*/s/Michael D. Roth* as authorized on *7/11/16*
By:  Michael D. Roth
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2016, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

　　　　　　　　　　　　　　　　　　　／s/ *Scott J. Ferrell*
　　　　　　　　　　　　　　　　　　　Scott J. Ferrell